UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

   Plaintiff,

 v.               Case No. 12-CR-39

SETH LEWIS,

   Defendant.

## ORDER

  On November 7, 2012, Defendant Seth Lewis was sentenced to seventy months in prison with sixty months of supervised release thereafter for distribution of controlled substances. On February 6, 2015, Lewis was granted a sentence reduction to fifty-nine months pursuant to 18 U.S.C. § 3582(c)(2). He began his supervision on November 16, 2016, and currently pending before the court is a petition to revoke his supervision on the grounds that he has been arrested for being a felon in possession of a firearm, possession of marijuana, and possession of drug paraphernalia by the Fond du Lac Police Department. He also changed his residence without the prior approval of his agent. The revocation hearing is currently set for March 24, 2017. Counsel for Lewis has requested that the hearing be postponed because Lewis has been charged in a new federal action arising out of the same conduct. Counsel indicates that both probation and the U.S. Attorney agree that it would be more reasonable to await the outcome of the federal criminal action before proceeding on the revocation.

  The Court agrees and will grant the defendant's motion to postpone or stay the revocation proceedings until the resolution of the criminal charges against him. **The Court also invites the**

**parties to consider whether it makes more sense, under these circumstances, for the case to be transferred to the Milwaukee Division, and more specifically to the court in which the current criminal charges are pending.** In any event, the Clerk is directed to remove this matter from the calendar until further order of the court.

      Dated this   8th   day of March, 2017.

                                               s/ William C. Griesbach
                                               William C. Griesbach, Chief Judge
                                               United States District Court

2

Case 1:12-cr-00039-WCG   Filed 03/08/17   Page 2 of 2   Document 101